# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157851

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 157851
COA: 336656
Wayne CC: 16-002944-FC

TONY CLARK,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 12, 2018 judgment of the Court of Appeals is considered.  Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment addressing the denial of the defendant's request for the appointment of a defense expert in computer forensics, and we REMAND this case to the Court of Appeals for reconsideration of that issue in light of *People v Kennedy*, 502 Mich 206 (2018).  With regard to the defendant's remaining issues concerning the video, leave to appeal is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.  In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

     We do not retain jurisdiction.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



d1217

Clerk